NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Mark S. Lee (CA State Bar # 094...)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
ATTORNEYS FOR: Defendants LA Femme Boutique, Inc. d/b/a/ La Femme Fashions

FILED
2009 SEP 15 PM 4:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA FEMME BOUTIQUE, INC. d/b/a/ LA FEMME FASHIONS, a California corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>DKN HOLDINGS, INC., d/b/a/ NIKA Formals, A North Carolina corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>CV09 6704 ODW FMOx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff LA FEMME BOUTIQUE, INC. d/b/a/ LA FEMME FASHIONS
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| LA FEMME BOUTIQUE, INC. d/b/a/ LA FEMME FASHIONS | Plaintiff |
| DKN HOLDINGS, INC. d/b/a NIKA Formals | Defendant |

Date September 15, 2009

/s/ Mark S. Lee
Sign

Mark S. Lee
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

American LegalNet, Inc.
www.USCourtForms.com